## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## EL DORADO DIVISION

UNITED STATES OF AMERICA     )

                             )

v.                             )

                             )

RICKEY HARPER         )

No. 1 : 12cr 10003.001

29 U.S.C. § 501(c)

### INFORMATION

The United States Attorney Charges:

Beginning in or about July 2008 and continuing through and including in or about June 2011,

in the Western District of Arkansas, El Dorado division, RICKEY HARPER, the defendant, an

officer of a labor organization engaged in an industry affecting commerce within the meaning of

Sections 3(i) and 3(j) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C.

Sections 402(i) and (j)); namely, Secretary-Treasurer of United Steelworkers of America Local 769,

embezzled and stole and unlawfully and willfully converted to his own use approximately

$21,688.72 of moneys, funds property and assets belonging to the United Steelworkers of America

Local 769, in violation of Title 29, United States Code Section 501(c).

CONNER ELDRIDGE
UNITED STATES ATTORNEY

By: _Kyra Jenner_

Kyra E. Jenner
Assistant U. S. Attorney
Arkansas Bar No. 2000041
414 Parker Avenue
Fort Smith, AR 72901
Phone: 479-783-5125
E-mail: kyra.jenner@usdoj.gov